**Denied and Opinion Filed September 24, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01066-CV

## IN RE CHRISTOPHER P. ROBERTS, INSURANCE SAFETY CONSULTANTS, LLC AND INSURANCE LOSS CONTROL SERVICES OF AMERICA, LLC, Relators

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00056-K**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Whitehill
Opinion by Justice Evans

Relators filed this petition for writ of mandamus requesting that the Court order the trial court to vacate its June 19, 2015 Order Granting Plaintiffs' Motion for Sanctions. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude relators have failed to establish a right to relief. We deny the petition.

151066F.P05

/David W. Evans/
DAVID EVANS
JUSTICE